IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-CV-0626-CVE-SH |
| | ) | |
| (1) MATTHEW J. BALLARD, District Attorney for The Twelfth Prosecutorial District of Oklahoma, in his official capacity, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR CLARIFICATION OF ORDER EXTENDING DEADLINES**

Defendant Matthew J. Ballard, District Attorney for the Twelfth Prosecutorial District of Oklahoma, hereby seeks clarification of the Court's Order (Dkt. # 46), which, in part, extended Plaintiff's deadlines to respond to the motion to intervene by the Cherokee Nation, Chickasaw Nation, and Choctaw Nation (Dkt. # 24).

In support of Defendant's request that he be permitted until February 21, 2025, to file his response to the motion to intervene, Defendant submits:

1) Defendant's current deadline to file a response may still be February 12, 2025.

2) Plaintiff and Defendant agreed to Plaintiff's recent request for extension of time (Dkt. # 45), subject to the condition that any such extension apply to Defendant as well.

3) Although the Order (Dkt. # 46) grants Plaintiff's request, it only explicitly allows Plaintiff an extension of time.

4) Out of an abundance of caution, Defendant respectfully requests clarification that the extension of time to respond to the motion to intervene applies to Defendant as well.

5) As represented by Plaintiff (Dkt. # 43, ¶ 5), there was no objection to the extensions requested by Plaintiff. Plaintiff does not object to this request, and the Cherokee Nation, Chickasaw Nation, and Choctaw Nation take no position on the request.

WHEREFORE, Defendant, Matthew J. Ballard, District Attorney for the Twelfth Prosecutorial District of Oklahoma, respectfully requests that this Court clarify that Defendant's deadline to file his response to the Motion of the Cherokee Nation, Chickasaw Nation, and Choctaw Nation of Oklahoma to Intervene as Plaintiffs is also February 21, 2025.

Date: February 11, 2025                    Respectfully submitted,

*/s/ Trevor S. Pemberton*
Trevor S. Pemberton, OBA #22271
PEMBERTON LAW GROUP PLLC
600 North Robinson Avenue
Oklahoma City, OK 73102
P: (405) 501-5054
trevor@pembertonlawgroup.com

**Certificate of Service**

I hereby certify that on February 11, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

*/s/ Trevor S. Pemberton*