UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>)<br>Plaintiff,     )<br>)<br>v.     )<br>)<br>MATTHEW J. BALLARD,     )<br>)<br>Defendant.     ) | Case No. 24-CV-0626-CVE-SH |

### ORDER

Before the Court are defendant's motion for extension of time (Dkt. # 53), putative intervenor plaintiffs Cherokee Nation, Chickasaw Nation, and Choctaw Nation of Oklahoma's (the Nations) response in opposition to motion to amend briefing schedule (Dkt. # 57), and plaintiff United States of America's response in opposition to motion to amend briefing schedule (Dkt. # 58). On January 9, 2025, the Court entered a minute order, setting February 28, 2025 as the deadline to respond to the complaint and the motion for preliminary injunction, "pending receipt of defendant's referenced dispositive motion." Dkt. # 17. On February 27, 2025, defendant filed a motion to dismiss complaint (defendant's dispositive motion), as well as a motion for extension of time to respond to motion for preliminary injunction. Dkt. # 52.

Now that the dispositive motion has been filed, the Court considers anew defendant's motion for extension of time, and the Nations and the United States' responses. Dkt. ## 53, 57, 58. The Court finds that extending defendant's deadline to file a response to plaintiff's motion for preliminary injunction to thirty days after the Court's ruling on defendant's motion to dismiss is in the interest of judicial economy. By extending this deadline, the Court aligns the deadlines in this case with those in the related case brought by plaintiff against another district attorney. See United

States v. Iski, Order, No. 6:24-CV-0493-CVE (E.D. Okla. Jan. 9, 2025). Further, the Court does not require full briefing on the preliminary injunction to rule on defendant's motion to dismiss. Therefore, the Court grants defendant's motion for extension of time. Dkt. # 53.

**IT IS THEREFORE ORDERED** that defendant's motion for extension of time (Dkt. # 53) is **granted**. Defendant's deadline to file a response to plaintiff's motion for preliminary injunction (Dkt. # 5) is extended to thirty days after the Court's ruling on defendant's motion to dismiss (Dkt. # 52).

**DATED** this 3rd day of March, 2025.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE