IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>CHEROKEE NATION, CHICKASAW NATION, and CHOCTAW NATION OF OKLAHOMA,<br><br>*Intervenor Plaintiffs*,<br><br>and<br><br>MUSCOGEE (CREEK) NATION,<br><br>*Consolidated Plaintiff*,<br><br>v.<br><br>MATTHEW BALLARD, District Attorney for the Twelfth Prosecutorial District of Oklahoma, in his official capacity,<br><br>*Defendant*. | Case No. 24-CV-0626-CVE-SH<br>(<u>BASE FILE</u>)<br><br>Consolidated with:<br>Case No. 25-CV-0050-CVE-SH |

**JOINT STATUS REPORT**

Pursuant to the Court's Order Granting Stay and Administrative Closing (ECF No. 104), the parties file this joint report regarding the status of their good-faith settlement discussions. To date, the parties have exchanged certain information to help facilitate settlement discussions, and they are coordinating meetings to discuss this matter further. The parties agree that the stay should remain in effect.

1

DATED: August 11, 2025                                   Respectfully submitted,

                                              ADAM R.F. GUSTAFSON
                                              Acting Assistant Attorney General

*/s/ Cody McBride*
CODY MCBRIDE
HILLARY HOFFMAN
United States Department of Justice
Environment & Natural Resources Division
Tribal Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-6755 (McBride)
Tel.: (202) 598-3147 (Hoffman)
Fax: (202) 353-1156
cody.mcbride@usdoj.gov
hillary.hoffman@usdoj.gov

OF COUNSEL:
CONOR CLEARY, Field Solicitor, Tulsa Field Solicitor's Office
United States Department of the Interior
Office of the Solicitor

*Attorneys for United States of America*

*/s/ Frank S. Holleman*
Frank S. Holleman
Douglas B. L. Endreson
SONOSKY, CHAMBERS, SACHSE,
  ENDRESON & PERRY, LLP
1425 K St. NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
fholleman@sonosky.com
dendreso@sonosky.com

*Counsel for the Cherokee Nation,
  Chickasaw Nation, and Choctaw Nation of
  Oklahoma*

2

| | |
|---|---|
| Geraldine Wisner, OBA No. 20128<br>Attorney General<br>MUSCOGEE (CREEK) NATION<br>P.O. Box 580<br>Okmulgee, OK 74447<br>(918) 295-9720<br>gwisner@mcnag.com<br><br>O. Joseph Williams, OBA No. 19256<br>O. JOSEPH WILLIAMS LAW OFFICE, PLLC<br>The McCulloch Building<br>114 N. Grand Avenue, Suite 520<br>P.O. Box 1131<br>Okmulgee, OK 74447<br>(918) 752-0020<br>jwilliams@williamslaw-pllc.com | */s/ Riyaz A. Kanji*<br>Riyaz A. Kanji<br>David A. Giampetroni<br>KANJI & KATZEN, P.L.L.C.<br>P.O. Box 3971<br>Ann Arbor, MI 48106<br>(734) 769-5400<br>rkanji@kanjikatzen.com<br>dgiampetroni@kanjikatzen.com<br><br>Philip H. Tinker, OBA No. 36498<br>Stephanie R. Rush, OBA No. 34017<br>KANJI & KATZEN, P.L.L.C.<br>12 N. Cheyenne Avenue, Suite 220<br>Tulsa, OK 74103<br>(206) 344-8100<br>ptinker@kanjikatzen.com<br>vrush@kanjikatzen.com |

*Counsel for Muscogee (Creek) Nation*

*/s/ Phillip G. Whaley*
Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
Patrick R. Pearce, Jr., OBA #18802
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK  73104
(405) 239-6040
(405) 239-6766 FAX
pwhaley@ryanwhaley.com
glucky@ryanwhaley.com
rpearce@ryanwhaley.com

Trevor S. Pemberton, OBA #22271
PEMBERTON LAW GROUP, PLLC
600 North Robinson Avenue, Suite 308
Oklahoma City, OK 73102
P: (405) 501-5054
trevor@pembertonlawgroup.com

*Attorneys for Defendant
Matthew J. Ballard*

**CERTIFICATE OF SERVICE**

  I certify that on August 11, 2025, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve and send a notice of electronic filing to all parties or their counsel of record.

                */s/ Cody McBride*
                CODY MCBRIDE